IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KRISTIN GAITER and AARON GAITER, | |
| Plaintiffs, | 8:13-CV-37 |
| vs. | JUDGMENT |
| WELLS FARGO BANK, N.A, | |
| Defendant. | |

Upon the parties' joint Stipulation of Dismissal (filing 21), this matter is dismissed with prejudice and without costs to any party.

Dated this 15th day of October, 2013.

BY THE COURT:

John M. Gerrard
United States District Judge